UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EDDIE ORR**  PETITIONER
**ADC #132101**

V.   NO. 4:21-CV-00589-BRW-JTR

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**  RESPONDENT

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed with prejudice.

All relief sought is denied, and the case is closed.

DATED this  26th day of August, 2022.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE